

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBEY HAIRSTON,<br><br>        Petitioner,<br><br>   v.<br><br>JUDGE HUDSON, et al.,<br><br>        Respondents. | Case No. EDCV 10-01057-RGK(MLG)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: July 26, 2010

R. Gary Klausner
United States District Judge